SCOTT N. SCHOOLS, SC 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER CHERNOV, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID N. STILL, District Director, ) <br> U.S. Citizenship and Immigration Services; ) <br> DR. EMILIO T. GONZALEZ, Director, ) <br> U.S. Citizenship and Immigration Services; ) <br> ALBERTO GONZALES, Attorney General, ) <br> U.S. Department of Justice; ) <br> ROBERT MUELLER, Director, ) <br> Federal Bureau of Investigations, ) <br> ) <br> Defendants. ) | Case No. 06-7614-EMC <br><br> **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** <br><br> CMC: April 11, 2007 <br> Time: 1:30 p.m. |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

1. The plaintiff filed an action under 8 U.S.C. § 1447(b) on December 13, 2006, asking this Court to declare that he is entitled to be naturalized or, in the alternative, seeking an order directing the United States Citizenship and Immigration Services (USCIS) to adjudicate his application for naturalization within forty-five days.

2. The USCIS has recently asked the FBI to expedite the processing of a mandatory name check of the plaintiff, which has delayed adjudication of the plaintiff's application for

STIPULATION TO EXTEND DATE OF CMC
C06-7614-EMC                                          1

1 naturalization.

2 3. In light of the reasonable possibility that the FBI will complete the name check of the
3 plaintiff and that the USCIS will adjudicate the plaintiff's application for naturalization within 90
4 days, the parties respectfully ask this Court to extend the date of the case management conference,
5 which is currently scheduled for April 11, 2007, by 90 days.

6 4. The parties therefore agree, subject to court approval, to continue the Case Management
7 Conference currently set for April 11, 2007, **to July 11, 2007.**

8 5. The parties further agree, subject to court approval, to file a joint case management
9 statement seven days in advance of the case management conference if the case is not
10 administratively resolved prior to that date.

Dated: April 5, 2007
/s/
MARTIN J. LAWLER
Lawler & Lawler
Attorneys for Plaintiff

Dated: April 5, 2007
SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to July 11, 2007, at 1:30 p.m.   A Joint Case Management Conference Statement is due on July 3, 2007.

Dated: April 5, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge



STIPULATION TO EXTEND DATE OF CMC
C06-7614-EMC                    2