SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER CHERNOV, <br>     Plaintiff, <br>     v. <br> DAVID N. STILL, District Director, U.S. Citizenship and Immigration Services; DR. EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; ALBERTO GONZALES, Attorney General, U.S. Department of Justice; ROBERT MUELLER, Director, Federal Bureau of Investigations, <br>     Defendants. | Case No. 06-7614 EMC <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

1 | Dated: June 20, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 20, 2007

MARTIN J. LAWLER
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 26, 2007

EDWARD M. CHEN
United States Magistrate Judge

Stipulation to Dismiss
C06-7614 CW                                                2